**2016–1195. In re D.H.**
Montgomery App. No. 27074, 2016-Ohio-5265. On appellant's motion for appointment of the Office of the Ohio Public Defender as counsel. Motion granted.

**2016–1197. In re D.H.**
Montgomery App. No. 27075. On appellant's motion for appointment of the Office of the Ohio Public Defender as counsel. Motion.granted.

**2017–0204. In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–ELAAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Dayton Power and Light Company for leave to intervene as appellee. Motion granted.

**2017–0205. In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Dayton Power and Light Company for leave to intervene as appellee. Motion granted.

**2017–0241. In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Dayton Power and Light Company for leave to intervene as appellee. Motion granted.

**2017–0412. In re Application of Black Fork Wind Energy, L.L.C.**
Power Siting Board, No. 10–8265–EL–BGN. On motion of Black Fork Wind Energy, L.L.C., for leave to intervene as appellee. Motion granted.

*May 1, 2017*

2017-Ohio-2583.]

**2017–0236. Pi in the Sky, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2015–2005. On motion to refer case to mediation. Motion granted.

